# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Civil Action N° 3:24-cv-387

FILED
CHARLOTTE, NC

SEP 19 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

**ALDO ENRIQUE FAUSTO FRANCISCOLO PIAGGIO.**

Petitiner/Plaintiff

Vs

**CLAUDIA MARIA PALACIOS PUGA**

Respondent/Defendant.

TRANSLATION

## **FORMAL COMPLAINT ON THE USE OF FALSE EVIDENCE AND NEW EVIDENCE.**

1.On July 9, 2024, at the hearing held in your office, where they swore to tell the truth, the attorney Mr. Sean Placey and Mr. Aldo Enrique Fausto Franciscolo Piaggio, assured that the custody case 23CV028922-590, in the court of Mecklenburg, had ended and presented the document issued by Judge McCallum and that the case would remain there! When I said it was open, and there would be a hearing in August, they refused and took me for crazy. However, the hearing was held on August 22, 2024, at 10 am, with Judge Alyssa M. Levine by webinar, and the attorney for Mr. Aldo Enrique Fausto Franciscolo Piaggio, Ms. Shelby Hansen, was present, which shows that they were fully informed. The judge decided to leave the case pending, much to the regret of Mr. Aldo Enrique Fausto Franciscolo Piaggio's attorney. Attached are documents evidencing said hearing and the presence of Mr. Aldo Enrique Fausto Franciscolo Piaggio's attorney, the one who assured that there would be no court and the case would be over, just as his attorney in Mr. Sean Placey affirmed, committing perjury.

### Exhibits:

**Exhibit 1.1**, cases, Mecklenburg District Court.
**Exhibit 1.2**, case summary.

2. I want to file a formal complaint, about the presentation of evidence such as: Photographs of my daughter Adriana that have been taken from my personal Facebook, not only 1 but 5 that I can explain in detail. This place, only my friends have access, however Mr. Aldo Enrique Fausto Franciscolo Piaggio, has presented as his, in a closed circle, where he is not registered, photographs of my daughter Adriana, and decorates them with the word LOVE, wanting to surprise as if they were his, with this, it is demonstrated, that I have been a victim of hacking, tracking, and threats during the period 2021-2023, as I have been demonstrating and being ignored by the Peruvian justice, which is corruptible, but I am surprised that he wants to do the same here, in the United States, when here the law is complied with, and even more I am surprised, the procedure of his lawyer, with this type of actions.

### The photos:

**Exhibit 2.1**, photo, shows photos taken by me and presented by Mr. Aldo Enrique Fausto Franciscolo Piaggio and his lawyer Sean Placey.
**Exhibit 2.2**, Photo taken by me on a walk with my daughters dated April 29, 2016.
**Exhibit 2.3**, Photo taken by me at Club Regatas, celebrating Joaquin's birthday at Chinese Restaurant, dated January 15, 2017.

TRANSLATION

**Exhibit 2.4**, Photo taken by me the day we both went, she and I, to donate hair for a girl with Cancer dated July 23, 2021, I attach another photo so you can also corroborate that she was with me.
**Exhibit 2.5**, A picture taken at the Club Regatas Lima de Chorrillos, having lunch together, dated February 12, 2023, I attach another picture to corroborate that she was with me.
**Exhibit 2.6**, a photo taken at the beach la Ensenada in a New Year's camp in 2023, that we went with the family of a little friend from school, dated January 4, 2023.
**Exhibit 2.7**, list of blocked people on Facebook.

3. The third and worst of all, they have submitted an Affidavit document when submitting the case to the beech for the restitution of my minor daughter where it states the following:

*"SWORN DECLARATION, ALDO ENRIQUE FAUSTO FRANCISCOLO PIAGGIO, identified with DNI N° 25676260, with domiciliary address at Los Alcatraces 108, district of San Isidro, I declare under oath that between Mrs. Claudia Palacios Puga and the undersigned there have been several complaints of family violence, **to date the complaints against the undersigned for alleged acts of family violence are ARCHIVED AND CONSENTED**. On the other hand, there are two resolutions with protection measures that are being appealed following their legal procedure. Lima, September 12, 2023 and its signature".*

Situation that is not real, having falsehood in the affidavit product of the restitution request presented to The Hague. Not complying with the requirements by not being true, there are still open and pending cases of family violence against my minor children, represented by me, in the country of Peru.

**Exhibits:**

**Exhibit 3.1**, Affidavit submitted by Mr. Aldo Enrique Fausto Franciscolo Piaggio, in translation, to the Hague agency to be returned my daughter Adriana, is provided by Dr. Emma Olaya Anicama, lawyer of the General Directorate of Children and Adolescents, of the Ministry of Women and Vulnerable Populations, in email dated July 31, 2024 addressed to me and my lawyer in Peru, being able to use this information, to bring it to the knowledge of your office.
**Exhibit 3.2**, Resolution number 21, of the 4th Court dated December 20, 2023, of file 04715-2022-0-3202-JR-FT-04 of Violence against women and members of the family group being the victim my minor daughter Adriana Franciscolo Palacios and her Aggressor is Aldo Enrique Fausto Franciscolo Piaggio, where it clearly states that resolution number 20 where they wanted to file it, is without effect and the appeal is granted, since there is no relation to file it when there is violence and there is evidence.

**Exhibit 3.3**, Resolution number 13, of the 18th Preparatory Investigation Court - Central Headquarters dated May 21, 2024, of file 05835-2022-1-1826-JR-PE-13 of Violence against women and members of the family group, the victim being my minor son Joaquín Franciscolo Palacios, where it is resolved to declare the dismissal of the case filed by Mr. Aldo Enrique Fausto Franciscolo Paiggio to file this process inadmissible, on the contrary, it is decided that he should be prosecuted for psychological violence and that he will be sent to the superior prosecutor's office for a decision according to the Criminal Law.

These resolutions can be viewed on the website CEJ - Consultation of Judicial Files - Search of Files (pj.gob.pe).

1. **NEW EVIDENCE**. -On September 09th, 2024, the Public Prosecutor's Office of the Republic of Peru, of the **First Superior Family Prosecutor's Office of Lima,** issued an opinion No. 807-2024 . **In** which I, Claudia Maria Palacios Puga, had appealed to have provisional custody of my minor children, and it was declared UNFOUNDED, for the following reason that the children are here in the United States, following their studies and that Resolution No. 04 dated October 20, 2023, where provisional custody is given to Aldo Enrique Fausto Franciscolo Piaggio, is questioned, since it should have been given to me, for exercising de facto custody of my children. In this document Joaquín Franciscolo Palacios is removed from the process because he is of legal age. This is how the present opinion states that, since there has been an Emergency custody resolution here in the United States and the de facto situation has changed considerably, since they are not in Peru and taking into account that the Code of Children and Adolescents is **applicable to legal situations of minors, who are within the national territory,** as established in Article V of the Preliminary Title of the aforementioned Code. And following the provisions of paragraph 1 of article 321° of the Civil Procedural Code. It is for this reason that the Prosecutor's Office declares the extinction of the litigious object due to "procedural obsolescence" and the conclusion of the present incident due to subtraction of the matter. There being no case to be judged for being outside the Peruvian territory.

**Exhibits:**
**Exhibit 4.1,** Opinion issued by the Public Prosecutor's Office of the Republic of Peru, dated September 09, 2024.

**CERTIFICATION OF TRANSLATOR´S COMPETENCE:** I, (MARÍA BOZO) HEREBY CERTIFY THAT THE FOREGOING IS AN ACCURATE AND COMPLETE TRANSLATION FROM SPANISH TO ENGLISH, TO THE BEST OF MY KNOWLEDGE AND ABILITY, OF THE ORIGINAL DOCUMENT IN SPANISH.

## QUEJA FORMAL SOBRE USO DE PRUEBAS FALSAS Y NUEVA PRUEBA.

1. El día 9 de julio del 2024 en la audiencia llevada en su despacho, en donde juraron decir la verdad, el abogado señor Sean Placey, y el señor Aldo Enrique Fausto Franciscolo Piaggio, aseguraron que el caso de Custodia 23CV028922-590, en la corte de Mecklemburg; había terminado y le presentaron el documento que emite la señora jueza McCallum, y que ahí quedaría el caso!! cuando yo dije que estaba abierto y abría una audiencia en agosto, se negaron y me tomaron por loca, sin embargo la audiencia se llevo a cabo el 22 de agosto del 2024 a las 10 am, con la jueza Alyssa M. Levine por webinar, y la abogada del señor Aldo Enrique Fausto Franciscolo Piaggio, señorita Shelby Hansen, se encontraba presente, lo que evidencia que estaban totalmente informados. La señora jueza decidió dejar el caso abierto en pendiente, a mucho pesar de la señorita abogada del señor Aldo Enrique Fausto Franciscolo Piaggio. Adjunto documentos que acreditan dicha audiencia y la presencia de la abogada del señor Aldo Enrique Fausto Franciscolo Piaggio, el que aseguraba que no habría ninguna corte y el caso se habría terminado, al igual que afirmo su abogado en señor Sean Placey, cometiendo perjurio.

**Anexos:**

**Anexo 1.1**, casos, corte Distrital de Mecklemburg.
**Anexo 1.2**, resumen de caso.

2. Quiero presentar una queja formal, sobre la presentación de pruebas como: Fotografías de mi hija Adriana que han sido sacada de mi Facebook personal, no solo 1 sino 5 que puedo explicar a detalle. Este lugar, solo tienen acceso, mis amistades, sin embargo el señor Aldo Enrique Fausto Franciscolo Piaggio, ha presentado como suyas, en círculo cerrado, donde él no se encuentra registrado, fotografías de mi hija Adriana, y las decora con la palabra LOVE, queriendo sorprender como si fueran suyas, con esto, queda demostrado, que he sido victima de hackeo, seguimiento, y amenazas durante el periodo 2021-2023, tal como he venido demostrando y siendo ignorada por la justicia peruana, que es corruptible, pero me sorprende que quiera hacer lo mismo acá, en los Estados Unidos, cuando acá la ley se cumple, y mas aun me sorprende, el proceder de su abogado, con este tipo de acciones.

Las fotos:

**Anexo 2.1**, foto donde salen las fotos tomadas por mi y presentadas por el señor Aldo Enrique Fausto Franciscolo Piaggio y su abogado Sean Placey.
**Anexo 2.2**, Foto tomada por mi en un paseo con mis hijas de fecha 29 de abril 2016.
**Anexo 2.3**, Foto Tomada por mi en el Club Regatas, celebrando el cumpleaños de Joaquín en el Restaurante Chino, fecha 15 de enero del 2017.

5

**Anexo 2.4**, Foto tomada por mi el día que fuimos las 2, ella y yo, a donar cabello para una niña con Cáncer de fecha 23 de Julio del 2021, adjunto otra fotografía para que corroboren también que estaba conmigo.

**Anexo 2.5**, Una foto tomada en el Club Regatas Lima de Chorrillos, almorzando las dos juntas, de fecha 12 de febrero del 2023, adjunto otra fotografía para que corroboren también que estaba conmigo.

**Anexo 2.6**, una foto tomada en la playa la ensenada en un campamento de Año nuevo del 2023, que fuimos con la familia de un amiguito de la escuela, de fecha 4 de enero del 2023

**Anexo 2.7**, lista de bloqueados en el Facebook.

3. La tercera y la peor de todas han presentado un documento de declaración Jurada al presentar el caso a la haya para la restitución de mi menor hija donde indica lo siguiente:

   *"DECLARACION JURADA, ALDO ENRIQUE FAUSTO FRANCISCOLO PIAGGIO, identificado con DNI N° 25676260, con dirección domiciliaria en Los Alcatraces 108, distrito de San Isidro, declaro bajo juramento que entre la señora Claudia Palacios Puga y el suscrito se han realizado diversas denuncias por violencia familiar, **a la fecha las denuncias en contra del suscrito por supuestos actos de violencia familiar se encuentran ARCHIVADAS Y CONSENTIDAS**. De otro lado, existen dos resoluciones con medidas de protección que se encuentran apeladas siguiendo su trámite de ley. Lima, 12 de setiembre del 2023 y su firma"*

   Situación que no es real, habiendo falsedad en la declaración jurada producto de la solicitud de restitución presentada a la Haya. No cumpliendo con los requisitos al no ser verdad, todavía se mantienen casos de violencia familiar abiertos y pendientes en contra de mis menores hijos, representados por mí, en el país de Perú.

**Anexos:**

**Anexo 3.1**, Declaración Jurada presentada por el señor Aldo Enrique Fausto Franciscolo Piaggio, en traducción, al organismo de la Haya para ser restituida mi hija Adriana, es proporcionada por la Dra. Emma Olaya Anicama, abogada de la Dirección General de Niñas, Niños y Adolecientes, del Ministerio de la mujer y poblaciones vulnerables, en correo electrónico de fecha 31 de julio del 2024 dirigido hacia mi y mi abogado en Perú, pudiendo usar esta información, para ponerla al conocimiento de su despacho.

**Anexo 3.2**, Resolución número 21, del 4to Juzgado de fecha 20 de Diciembre del 2023, del expediente 04715-2022-0-3202-JR-FT-04 de Violencia contra las mujeres y los integrantes del grupo familiar siendo la victima mi menor hija Adriana Franciscolo Palacios y su Agresor es Aldo Enrique Fausto Franciscolo Piaggio, donde claramente dice que la resolución numero 20 donde lo querían archivar, queda sin efecto y se concede la apelación, ya que no guarda relación el archivarla cuando hay violencia y hay pruebas.

6

**Anexo 3.3**, Resolución número 13, del 18 Juzgado de investigación preparatoria- sede central de fecha 21 de Mayo del 2024, del expediente 05835-2022-1-1826-JR-PE-13 de Violencia contra las mujeres y los integrantes del grupo familiar siendo la victima mi menor hijo Joaquín Franciscolo Palacios, donde se resuelve declarar improcedente el sobreseimiento, que presento el señor Aldo Enrique Fausto Franciscolo Paiggio para archivar este proceso, por el contrario se decide que debe ser enjuiciado por violencia psicológica y que subirá a la sala del fiscal superior para que se pronuncie según la ley Penal. Estas resoluciones pueden ser visualizadas en página web CEJ – Consulta de Expedientes Judiciales – Búsqueda de Expedientes (pj.gob.pe)

4. **NUEVA PRUEBA**. -El día 09 de setiembre del 2024 se dio un dictamen N° 807-2024, del Ministerio Publico de la Republica del Perú, de la **primera fiscalía superior de familia de lima. Del Expediente N° 21344-22021-99 Tenencia**; En la cual yo Claudia María Palacios Puga, había apelado a tener la custodia provisional de mis menores hijos, y se declara INFUNDADA, por el siguiente motivo de que los niños se encuentran acá en los estados unidos, siguiendo sus estudios y que se cuestiona la Resolución N° 04 de fecha 20 de octubre del 2023, donde se da la custodia provisional a Aldo Enrique Fausto Franciscolo Piaggio, ya que debería de haberse dado a mi persona, por ejercer la tenencia de hecho de mis hijos. En este documento retiran del proceso a Joaquín Franciscolo Palacios por ser mayor de edad. Es así que dice el presente dictamen, que, al haber existido una resolución de custodia de Emergencia, acá en los estados unidos y la situación de hecho a variado considerablemente, ya que no se encuentran en el Perú y teniendo en cuanta que el código de los Niños y Adolescente, es de **aplicaciones de situaciones jurídicas de menores de edad, que se encuentren dentro del territorio nacional**, tal como lo establece el articulo V del Titulo Preliminar del Referido Código. Y siguiendo lo previsto en el inciso 1° del artículo 321° del código procesal Civil. Es por ello que la fiscalía dictamina la extinción del objeto litigioso por "obsolescencia procesal" debiendo declararse la conclusión del presente incidente por sustracción de la materia. No habiendo caso que juzgar por estar fuera del territorio peruano.

**Anexos:**

**Anexo 4.1,** Dictamen emitido por el Ministerio Publico de la Republica del Perú, de fecha 09 de setiembre del 2024.